UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>                Plaintiff,<br><br>v.<br><br>OLGA SUSLOVA, *et al.*,<br><br>                Defendants. | Case No. C15-162-JLR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |

The Court, having reviewed plaintiff's complaint, plaintiff's motion to dismiss this action, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's motion to dismiss (Dkt. 14) is GRANTED. Plaintiff's civil rights complaint (Dkt. 7) and this action are DISMISSED without prejudice.

//

//

//

ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS - 1

1   (3)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

2   defendant, and to the Honorable James P. Donohue.

3   DATED this 28th day of September, 2015.

JAMES L. ROBART
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS - 2